```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
```

281 Care Committee, et al.        )
                                  )
        v.                        )    07-CV-4560(JMR/FLN)
                                  )
Raymond R. Krause, et al.         )


281 Care Committee, et al.        )
                                  )
        v.                        )    08-CV-5215(DWF/JJK)
                                  )
Ross Arneson, et al.              )


                ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 07-CV-4560, having been assigned to the Honorable James M. Rosenbaum, United States District Judge, and Case No. 08-CV-5215, having later been assigned to the Honorable Donovan W. Frank, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1.  Case No. 08-CV-5215 be assigned to the Honorable James M. Rosenbaum and the Honorable Franklin L. Noel, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order dated June 29, 2006.

2.  A copy of this Order shall be filed in each case.

Dated: October 1, 2008

                                        s/James M. Rosenbaum  
                                        JAMES M. ROSENBAUM  
                                        United States District Judge

Dated: October 2, 2008

                                        s/Donovan W. Frank  
                                        DONOVAN W. FRANK  
                                        United States District Judge